UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:22–cv–00781–MWF–RAO          Date      March 11, 2026

Title     GREGORY MCDONALD ET AL V. TRAVELERS COMMERCIAL INSURANCE COMPANY

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                          Not Reported;
Courtroom Deputy                      Court Reporter

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed 2/26/2026, the Court sets a hearing on Order To Show Cause Re Dismissal for June 8, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk:  rs